JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALBERTO TABARES,<br><br>Petitioner<br><br>v.<br><br>RAYMOND MADDEN,<br><br>Respondent. | Case No. 8:21-cv-01498-JWH (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Duplicative Action; And Denying A Certificate Of Appealability,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned action is **DISMISSED without prejudice**.

DATE: September 23, 2021

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE